### CHARLES BRYANT v. MARGARET BRYANT.

Divorce—adultery—circumstantial proof—calling the cows.

Circumstances will satisfy the Court of adultery, without positive proof of the fact.

DIVORCE. Cause, adultery with John Oaks, William Delany, and others.

It was proven that the defendant was sitting with a man up the run some years ago, and when disturbed, his pantaloons were unbuttoned. She said she was hunting a cow, and went further up the run; he followed. She had a habit, when she wanted the men from the saltworks, of going out into the woods, and calling as if calling a cow. Five years ago, she was found just at dark in the fence corner, with Delany; he jumped and run, and she got up and came out to those who discovered them, combing and putting up her hair.

Divorce decreed.